UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:

BANK OF NEW YORK MELLON CORP.                              12 MD 2335 (LAK)
FOREIGN EXCHANGE TRANSACTIONS
LITIGATION

This Document Relates to:  All Cases
------------------------------------x

                              **ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The parties shall file status reports with the Court by Monday, May 7, 2013, via electronic filing. To the extent possible, the parties shall work together to submit jointly any such reports. The status reports shall address the question whether and to what extent the Court's rulings in the *SEPTA* case and *United States v. Bank of New York Mellon* are dispositive of all or parts of the pending motions and proposals for eliminating and simplifying those motions.

      The Court has scheduled a status conference with all parties to this Multidistrict Litigation, and its related civil action, for Friday, May 17, 2012, at 9:30 a.m., in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Manhattan, New York.

      SO ORDERED.

Dated:     April 24, 2013

                                             /s/ Lewis A. Kaplan
                                             _____
                                             Lewis A. Kaplan
                                             United States District Judge